# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAJID SAFAIE, an individual, | Case No. SACV12-00233 CJC (MLGx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE MORTGAGE DEPOT, INC.; WELLS FARGO BANK, NATIONAL ASSOCIATION; CITIBANK, N.A., as Trustee for Securitized Trust Bear Stearns ALT-A Trust II 2007-1; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, aka "MERS"; and DOES 1 THROUGH 100, INCLUSIVE | Hon. Cormac J. Carney |
| Defendants. | |

# JUDGMENT

On August 20, 2012, the Court dismissed this action for failure to prosecute. Having dismissed Plaintiff's Complaint with prejudice, pursuant to Federal Rules of Civil Procedure 14(b), the Court hereby enters judgment for Defendants and against Plaintiff.

DATED: August 27, 2012

_____
The Honorable Cormac J. Carney
United States District Judge
Central District of California